UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ERIC ZAINEY,                )
                            )
        Plaintiff,           )
                            )
    vs.                     )    No. 1:07-cv-606-RLY-JMS
                            )
THE GOVERNOR, et al.,       )
                            )
        Defendants.         )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b)**. The claim for injunctive relief is dismissed for lack of jurisdiction and the claims for damages are dismissed without prejudice.

Date: 5/17/07

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Eric Zainey
#634653
Marion County Jail II
730 E. Washington St.
Indianapolis, IN 46202